UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY GRAND JURY 2017
MAY 1, 2018 SESSION



**UNITED STATES OF AMERICA**

v.                      CRIMINAL NO. 3:18cr00094
                                        8 U.S.C. § 1326(a)
                                        8 U.S.C. § 1326(b)(1)

**EDUARDO MARTINEZ-CAMPEANO,**
     also known as "Daniel Gonzalez-Sotelo"

# I N D I C T M E N T

**(Reentry of a Removed Alien)**

The Grand Jury Charges:

1. On or about January 30, 2007, defendant EDUARDO MARTINEZ-CAMPEANO, also known as "Daniel Gonzalez-Sotelo", (hereinafter "EDUARDO MARTINEZ-CAMPEANO") an alien, was found at or near Osage Beach, Missouri, and was convicted of the felony offense of forgery (Felony C RSMo 570.090) in the 26th Judicial Circuit Court of Camden County, Missouri on or about March 29, 2007, and was subsequently removed from the United States to Mexico on or about April 14, 2007.

2. On or about November 8, 2010, defendant EDUARDO MARTINEZ-CAMPEANO, an alien, was found at or near Osage Beach, Missouri, and was subsequently removed from the United States to Mexico on or about November 19, 2010.

3. On or about June 15, 2012, defendant EDUARDO MARTINEZ-CAMPEANO, an alien, was found at or near Cotulla, Texas, was convicted on or about October 31, 2012, in the United States District Court, Southern District of Texas of the felony offense of reentry of a deported alien, in violation of 8 U.S.C. § 1326(a) and (b)(2), and was subsequently removed from the United States to Mexico, on or about April 29, 2013.

4. On or about April 10, 2018, at or near Huntington, Cabell County, West Virginia, and within the Southern District of West Virginia and elsewhere, defendant EDUARDO MARTINEZ-CAMPEANO, an alien, was subsequently found in the United States after having been convicted of a felony offense and subsequently removed from the United States, and had not obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

                          MICHAEL B. STUART
                          United States Attorney

By: _____
       ERIK S. GOES
       Assistant United States Attorney